IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:18-CR-00143 |
| v. | § | Judge Marcia Crone |
| | § | |
| MORRIS BROUSSARD | § | |
| aka "Bruiser" (4) | | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

Violation: 18 U.S.C. § 4
(Misprision of a Felony)

### COUNT ONE

Between on or about June 12, 2013 and July 1, 2014 in the Eastern District of Texas, and elsewhere, **Morris Broussard, aka "Bruiser"**, defendant, while having knowledge of the actual commission of a felony recognizable by a court of the United States, namely, Mail Fraud, in violation of 18 U.S.C. § 1341, did knowingly conceal and did not as soon as possible make known such violations to some judge or other person in civil authority under the United States.

In violation of 18 U.S.C. § 4.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

CHRIS TORTORICE
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR-00143<br>Judge Marcia Crone |
| MORRIS BROUSSARD<br>aka "Bruiser" (4) | § § § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 4, Misprision of a Felony

Penalty:   Imprisonment for not more than three (3) years, a fine not to exceed $250,000.00, or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine.   A term of supervised release of not more than one (1) year.

Special Assessment:       $100.00.